NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4. U.C.C.1-308, U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA

2114 Alice Ave. Apt 201

Oxon Hill, Maryland 20746

240-600-2959

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 NOV 28 P 2: 44

CLERK'S OFFICE
AT GREENBELT

BY ___RC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4 U.C.C.1-308, U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA, PRO SE,

Plaintiff, Claimant

VS,

Civil Action No. JFM 12 CV 3509

RJM ACQUISITIONS LLC
SCOTT MATTE, CEO
575 UNDERHILL BLVD
SYASSET, NEW YORK 11791

Defendant, Respondent

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by Title 15 U. S. C. §1681p.

### FACTUAL ALLEGATIONS

3. On July 25, 2011, Defendant initiated a credit inquiry of Plaintiff's credit report from TRANSUNION without permissible purpose.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT RJM AQUISITIONS LLC, DEBT COLLECTOR

3. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U.S.C. §1681a(c).

4. RJM AQUISITIONS LLC, is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

5. RJM AQUISITIONS LLC, willfully violated the FCRA.

6. Defendant's violations include, but are not limited to, the following:

(a) RJM AQUISITIONS LLC, willfully violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiffs consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report.

RJM AQUISITIONS LLC, are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n.

## COUNT II

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title 15 U.S.C. §1681

### NEGLIGENT NON-COMPLIANCE BY DEFENDANT RJM AQUISITIONS LLC, DEBT COLLECTOR

6. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U. S.C. §1681a(c).

7. RJM AQUISITIONS LLC, DEBT COLLECTOR is a furnisher of information within the meaning of the FCRA, Title 15 U.S.C. §1681s-2.

8. RJM AQUISITIONS LLC, negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) RJM AQUISITIONS LLC, negligently violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $1,000 a month from the date of credit pull against consumer credit report. RJM AQUISITIONS LLC, (DEBT COLLECTOR) are liable for actual damages, and attorney's fees and costs, pursuant to Title 15 U.S.C. § 1681o.

### RELIEF

**WHEREFORE,** Plaintiff demands judgment for damages against RJM AQUISITIONS LLC, in the amount of $30,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n (a) (3) and Title 15 U.S.C. §16810 (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted this 28th day of December, 2012.

x _Nivea E. Oquendo, All Rights Reserved_

NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4. U.C.C.1-308, U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA, PRO SE, 2114 Alice Ave., Apt 201
Oxon Hill, Maryland 20746
240-600-2959

