Case 8:12-cv-03509-JFM   Document 4   Filed 12/13/12   Page 1 of 1



# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

December 13, 2012

USDC for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York, 11201

    Re: **Nivea Oquendo** vs. **RJM Acquisitions LLC**
         Civil Action No.: JFM-12-3509

Dear Clerk:

☒ On December 13, 2012, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers.

☐ On , an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

☐ Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

                  Sincerely,

                  Felicia C. Cannon, Clerk

        By:     /s/
                Deputy Clerk

Enclosure

Received by: Name.
Date: Click here to enter a date.
New Case No.: Case No.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**